IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORY LORNE LAWRENCE,<br><br>Defendant. | MJ 25-68-M-KLD<br><br>JUDGMENT AND SENTENCE |

    Defendant Cory Lorne Lawrence appeared before the Court on October 7, 2025, for the purpose of entering a plea in this matter. The Court advised Defendant of the charge set forth in the Information, his rights relative to the charge, and the possible penalties. Defendant stated that he understood the charge against him, and he entered a plea of guilty to the charge of failure to report the taking of a grizzly bear in violation of 16 U.S.C. § 1538(a)(1)(G), 16 U.S.C. § 1540(b)(1), and 50 C.F.R. § 17.40(b)(1)(i), (ii), as set forth in the Information. The Court accepted his plea. Therefore,

    IT IS ORDERED that Defendant is sentenced to pay a $10 special assessment and a $10,000 fine, for a total of $10,010. On October 7, 2025, Defendant paid the total fine and special assessment, in the amount of $10,010. Per the terms of the plea agreement between the parties (Doc. 3 at 5), the Clerk of Court is directed to send the fine to the Cooperative Endangered Species

JUDGMENT AND SENTENCE - PAGE 1

Conservation Fund at the following address:

    U.S. Fish & Wildlife Service
    Cost Accounting Section
    P.O. Box 272065
    Denver, CO 80227-9060
    Payment Memo: "Case No. [the case number]"

Defendant is advised that pursuant to Fed. R. Crim. P. 58(g)(2) he has a right to appeal this Judgment, and the sentence imposed by this Judgment, within 14 days of its entry. To appeal, Defendant must file a notice of appeal with the Clerk of Court at P.O. Box 8537, Missoula, Montana 59807. The notice of appeal must specify the judgment being appealed, and Defendant must serve a copy of the notice of appeal on the attorney for the government at 105 E. Pine St., Missoula, Montana 59802.

    DATED this 9th day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge